UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL HERNANDEZ,

    Plaintiff,

v.                                        Case No.  1:25-cv-47-TKW-ZCB

ROBERT B. MCCALLUM, JR., et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 33).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the third amended complaint is a shotgun pleading that does not comply with the Federal Rules of Civil Procedure.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED because the third amended complaint is an impermissible shotgun pleading.  The dismissal is with prejudice as to the federal claims and without prejudice to refiling in state court as to the state claims.

3. The Clerk shall terminate all pending motions, enter judgment in accordance with this Order, and close the case file.

**DONE AND ORDERED** this 1st day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**